FILED BY ___ D.C.

05 NOV 29 AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

05-20377-B/P

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL COMPLAINT |
| V. | § | |
| RODOLFO CHAPA, JR. | § | CASE NUMBER: ~~05-MJ-091~~ |

# ORDER PRO HAC VICE

Came on this day to be considered Defendant's Motion for Admission Pro Hac Vice of Eddy Treviño for purposes of the above - entitled and numbered cause. After careful consideration, the Court is of the opinion that the motion is good, and should, in all things, be granted, with the following order issuing.

It is therefore:

**ORDERED** that the Defendant's Motion for Admission Pro Hac Vice of Eddy Treviño is hereby **GRANTED**. It is further

**ORDERED** that Eddy Treviño is hereby admitted to the United States District Court for the Western District of Tennessee for purposes of the above-entitled and numbered action.

**IT IS SO ORDERED.**

SIGNED this __28th__ day of __November__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-29-05

ORDER PRO HAC VICE; Cause No: 05-MJ-091

Page 1 of 1

105

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Eddy Trevino
LAW OFFICE OF EDDY TREVINO
4418 S. McColl Rd.
Edinburg, TX 78539

Paul Kellison Guibao
COPELAND & GUIBAO
242 Poplar Ave.
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT